UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

ALPVEX, INC.,

    PLAINTIFF,

VS.

ACIA, LLC, JOHN SWAN LTD., and KARL SWAN, Individually, as Managing Member of ACIA, LLC, and as Shareholder of JOHN SWAN LTD., GRAEME McDOWELL, Individually, and as Member of ACIA, LLC, and BARRY McLEAN,

    DEFENDANTS.

Civil Action No. 1:17-CV-0388 (DNH/CFH)

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, BARRY McLEAN PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, ALPVEX, Inc. (hereinafter referred to as "ALPVEX" or "Plaintiff"), hereby gives notice of its voluntary dismissal with prejudice and without costs of Defendant, Barry McLean ("McLean"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant, Barry McLean has not filed an answer or motion for summary judgment as of this time.

SO ORDERED:
_____
DAVID N. HURD
United States District Judge
Dated: 12/09/2019 Utica, NY

MANTELL, PRINCE & REYNOLDS, PC
430 MOUNTAIN AVENUE, SUITE 113
MURRAY HILL, NEW JERSEY 07974
TEL: (908) 464-5900 • FAX: (908) 464-5901
Attorneys for Plaintiff, ALPVEX, Inc.

By: _____
Gregory J. Coffey, Esq.
Of Counsel

Dated: October 9, 2018