U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 0 9 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

ALPVEX, INC.,

    PLAINTIFF,

VS.

ACIA, LLC, JOHN SWAN LTD., and KARL SWAN, Individually, as Managing Member of ACIA, LLC, and as Shareholder of JOHN SWAN LTD., GRAEME McDOWELL, Individually, and as Member of ACIA, LLC, and BARRY McLEAN,

    DEFENDANTS.

Civil Action No. 17-CV-0388 (DNH/CFH)

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY stipulated and agreed by the undersigned that all claims, counterclaims, and/or cross-claims asserted by and between Plaintiff, ALPVEX, Inc. and Defendant, Graeme McDowell, individually, and as a member of ACIA, LLC in the above-entitled action be and is hereby dismissed with prejudice and without costs.

MANTELL, PRINCE & REYNOLDS
Attorneys for Plaintiff, ALPVEX, Inc.

By: _____
Gregory J. Coffey, Esq.

Dated: 12/5/19

BAIRD LAW    Counter-Claimant
Attorneys for Defendant, Graeme McDowell

By: _____
Eddie Baird, Esq.

Dated: 12/4/2019

SO ORDERED
_____
DAVID N. HURD
United States District Judge
Dated: 12/09/2019 Utica, NY